ERNEST BEHRE and Others v. SECOND RUSSIAN INSURANCE COMPANY. ALBERT MASSEY, Appellant.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Proskauer, JJ.

ANGIOLINA GLIATTA MIRES, as Executrix, etc., of LEONARDO BOSCIA, v. THE MORRIS PLAN COMPANY OF NEW YORK.— Motion denied. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

ANGIOLINA GLIATTA MIRES, as Executrix, etc., of LEONARDO BOSCIA, v. THE MORRIS PLAN COMPANY OF NEW YORK, a Domestic Corporation.— Motion granted upon appellant's filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

ANNIE SILVERMAN SCHUTZER v. LOUIS H. SCHUTZER.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Motion for stay granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN DUNCAN v. CHARLES A. STONEHAM and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN DUNCAN v. CHARLES A. STONEHAM and Others, Impleaded, etc.— Motion granted upon defendants' filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ

ROBERT HARFORD v. CHARLES A. STONEHAM and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROBERT HARFORD v. CHARLES A. STONEHAM and Another, Impleaded, etc. — Motion granted upon defendants' filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BERNARD DORF v. TERESA CIPULLO and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MANUEL MONSANTO v. UNITED SILK MILLS, INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Petition of WILLIAM C. STONE to Enforce Attorney's Lien in the Case of HELEN BLESSING v. HERMAN WIEBKE, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

WENDELL P. BARKER v. CHARLES H. WILSON. (Actions Nos. 2, 3 and 4.)— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

GEORGE B. MILLETT v. UNITED STATES STEEL PRODUCTS COMPANY, Doing Business, etc.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of the COLUMBIA HAT MANUFACTURING COMPANY, INC., for an Order Vacating, Modifying or Correcting a Certain Award in an Arbitration Proceeding between FREDERICK W. LINCOLN and Others and COLUMBIA HAT MANUFACTURING COMPANY, INC., a Corporation. (No. 1.)